# Plan Summary and Statistical Cover Sheet to Proposed Plan
## Date: 10/13/09
### (Date Should be Date that this Proposed Plan is Signed by Debtor)

**Disposable Income and Plan Payments**

| Projected Schedule "I" Income (as shown on most recently filed Schedule I) | Projected Schedule "J" Expenses (as shown on most recently filed Schedule J) | Projected Disposable Income | Beginning Month # | Ending Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|
| 2080 | 1918 | 160 | 1 | 2 | 160 | $320.00 |
| | | | 3 | 60 | 170 | $9,860.00 |
| | | | | | Grand Total | $10,180.00 |
| | | | | | Less Posted Chapter 13 Trustee Fee | $605.71 |
| | | | | | Net Available | $9,574.29 |

**¹Projected Trustee Disbursements to Priority and Secured Creditors**

| Name of Holder | Type of Claim (List Priority Claims, Followed by Claims Secured by Principal Residence, Followed by Other Secured Claims) | Description of Collateral (or "None" if appropriate) | Int. Rate | Beg. Month # | End Month # | Payment Amount | Total Payment |
|---|---|---|---|---|---|---|---|
| Americredit Financial Services | Other Secured Claim | 2006 Chevy Equinox | 5 | 1 | 60 | 157.57 | 9454.20 |
| | | | | | | Grand Total | 9454.20 |

**SUMMARY OF PAYMENTS**

| | |
|---|---|
| Net Available to Creditors | 9574.29 |
| Less Estimated Attorneys' fees | 0 |
| Less Total to Priority Creditors | 0 |
| Less Total to Secured Creditors | 9454.20 |
| Net Available for Unsecured Creditors | 120.09 |
| Estimated General Unsecured Claims | 19,209.36 |
| Forecast % Dividend on General Unsecured Claims | 1% |

**BEST INTEREST TEST**

| | |
|---|---|
| Value of total non-exempt property | 0 |
| Total distributions to all priority and general unsecured creditors | 120.09 |

---

[1] The Posted Chapter 13 Trustee Fee is based on the percentage listed on the Court's website.