B6F (Official Form 6F) (12/07)

In re _Denise M. Porch_ ,   Case No. _09-35975_
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 11/03/2009

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>_Creditor # : 1_<br>_ACE_<br>_2001 Fannin_<br>_Houston TX 77002_ | | _Consumer Debt_ | | | | $ 100.00 |
| Account No:<br>_Creditor # : 2_<br>_Ambit Energy_<br>_1801 North Lamar St., Ste. 200_<br>_Dallas TX 75202_ | | _Utility Bills_ | | | | $ 400.00 |
| Account No:<br>_Representing:_<br>_Ambit Energy_ | | _Transworld Systems_<br>_PO Box 1864_<br>_Santa Rosa CA 95462_ | | | | |
| Account No:   _4174_<br>_Creditor # : 3_<br>_American General Finance_<br>_PO Box 3251_<br>_Evansville IN 47731_ | | _Consumer Debt_ | | | | $ 400.00 |

_3_ continuation sheets attached

Subtotal $    $ 900.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *Denise M. Porch*, Case No. 09-35975
Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 11/03/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 4174<br>*Representing:*<br>*American General Finance* | | *CreditOne*<br>*PO Box 625*<br>*Metairie LA 70004* | | | | |
| Account No: 5979<br>*Creditor # : 4*<br>*Bounce Energy*<br>*PO Box 482*<br>*Bailey CO 80421* | | 2008<br>*Utility Bills* | | | | $ 487.78 |
| Account No: 5979<br>*Representing:*<br>*Bounce Energy* | | *Saturn System*<br>*PO Box 482*<br>*Bailey CO 80421-0482* | | | | |
| Account No: 3688<br>*Creditor # : 5*<br>*Capital One*<br>*PO Box 30281*<br>*Salt Lake City UT 84130* | | *Consumer Debt* | | | | $ 3,980.00 |
| Account No:<br>*Creditor # : 6*<br>*Capital One*<br>*PO Box 30281*<br>*Salt Lake City UT 84130* | | *Consumer Debt* | | | | $ 2,589.00 |
| Account No: 6980<br>*Creditor # : 7*<br>*Comcast*<br>*1500 Market St.*<br>*Philadelphia PA 19102* | | 1/08<br>*Consumer Debt* | | | | $ 100.00 |

Sheet No. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 7,156.78

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re *Denise M. Porch*, Case No. 09-35975
  Debtor(s) (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## Amended 11/03/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: 6980 *Representing: Comcast* | | *Credit Management 4200 International Pkwy Carrollton TX 75007* | | | | |
| Account No: 5276 *Creditor # : 8 Commerce Energy 222 West Lake, Ste 905-E Irving TX 75039* | | *2008 Utility Bills* | | | | $ 600.00 |
| Account No: *Creditor # : 9 EZ Loan 1340 Gessner Dr. Houston TX 77055-4005* | | *Consumer Debt* | | | | $ 100.00 |
| Account No: 7673 *Creditor # : 10 NCA Credit Adjusters PO Box 3023 Hutchinson KS 67504-3023* | | *2006 Consumer Debt* | | | | $ 1,017.73 |
| Account No: 0943 *Creditor # : 11 Texas Workforce Comission 101 E. 15th St. Austin TX 78778-0001* | | *Unemployment Overpayment* | | | | $ 15,300.00 |
| Account No: 5476 *Creditor # : 12 Washington Mutual Bank 1301 Second Ave. Seattle WA 98101* | | *12/05/07 Consumer Debt* | | | | $ 768.24 |

Sheet No. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ *$ 17,785.97*
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re *Denise M. Porch*                                             ,     Case No. *09-35975*
　　　　　　　　　　Debtor(s)                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### Amended 11/03/2009
(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *5476* <br> *Representing:* <br> *Washington Mutual Bank* | | | *Check Systems* <br> *7805 Hudson Rd., Ste. 1000* <br> *Houston TX 77012* | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __3__ of __3__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal $  　*$ 0.00*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)   *$ 25,842.75*