**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Denise M Porch
      Debtor

Case No.: 09–35975

Chapter: 13

**ENTERED**
**11/16/2009**

### ORDER RESETTING DISMISSAL

The chapter 13 trustee's motion to dismiss is continued until **12/7/09** at **11:00 AM.**

Signed and Entered on Docket: 11/16/09

_____
JEFF BOHM
United States Bankruptcy Judge